**Zeb. BRITTON, Appellant, v. STATE of Texas, Appellee. (No. 12841.)**

Court of Criminal Appeals of Texas. Oct. 16, 1929.

Scott, Casey & Hall, of Marshall, for appellant.

John E. Taylor, Co. Atty., of Marshall, and A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is transporting intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**R. J. CAPERTON, Appellant, v. STATE of Texas, Appellee. (No. 13032.)**

Court of Criminal Appeals of Texas. Oct. 23, 1929.

Otis Rogers, of Fort Worth, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful possession for the purpose of sale of intoxicating liquor; penalty, one year.

Appellant has filed an affidavit in proper form asking that his appeal be dismissed.

Granted, and appeal dismissed.

**Eddie CLEMONS, Appellant, v. STATE of Texas, Appellee. (No. 12807.)**

Court of Criminal Appeals of Texas. Oct. 16, 1929.

W. W. Heath, of Anderson, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, cattle theft; penalty, two years.

The record is bare of any statement of facts or bill of exceptions, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Vergil B. COX, Appellant, v. STATE of Texas, Appellee. (No. 12731.)**

Court of Criminal Appeals of Texas. June 26, 1929.

Rehearing Denied Oct. 23, 1929.

Truett & Neathery, of McKinney, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful sale of intoxicating liquor; penalty, one year.

The record is bare of any bill of exception or statement of facts. No question is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.